IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JESSICA HUGHES     PLAINTIFF

VERSUS     CASE # 1:25cv266 TBM-RPM

THE DAVEY TREE EXPERT COMPANY     DEFENDANT

**COMPLAINT**
**(JURY TRIAL REQUESTED)**

NOW COMES plaintiff, Jessica Hughes, a person of the full age of majority, and citizen and resident of Bay St. Louis, Mississippi, and represents as follows:

1.

Named defendant herein is The Davey Tree Expert Company, a corporation formed in (i.e., incorporated in) Ohio, and having its principal place of business in Kent, Ohio, and which may be served through its registered agent, C T Corporation System, 8927 Lorraine Road, Suite 204-A, Gulfport, MS 39503 (or wherever it may be found).

2.

Venue is established under Title 28, Section 1391(b)(2) of the United States Code, based upon the fact that the subject motor vehicle collision occurred within this judicial district.

3.

Jurisdiction is established under Title 28, Section 1332 of the United States Code, based on the diversity of citizenship between the parties and further upon the grounds that the amount in controversy for the plaintiff exceeds $75,000, exclusive of interest and costs, based upon the fact that the automobile collision which is the subject of this Complaint caused plaintiff to

sustain significant injuries, associated past and future general damages, and special damages including but not limited to over $202,000 in past medical expenses which includes a neck surgery, with continuing medical care and other associated future medical expenses including a recommended shoulder surgery.

4.

On or about February 13, 2024, plaintiff, Jessica Hughes was driving in Waveland, Mississippi headed eastbound on U.S. Highway 90 East, at its intersection with Waveland Avenue, when suddenly and without warning she was struck from behind by another driver (Gary Hawkins) who was making a right onto U.S. Highway East from Waveland Avenue.

5.

The aforesaid collision occurred through no fault of the plaintiff; rather, the collision was caused solely by the fault and negligence of Gary Hawkins based on the following acts and omissions:

    a.    Failure to see what should have been seen;

    b.    Failure to yield;

    c.    Operating one's vehicle at an excessive rate of speed;

    d.    Inattention, including but not limited to improper/illegal cell phone use;

    e.    Failure to keep a proper lookout for other traffic;

    f.    Failure to maintain the proper degree of control of the vehicle;

    g.    Failure to warn;

    h.    Recklessness;

    i.    Failure to maintain;

j.  Violation of applicable local, state and federal highway laws and regulations regarding the operation of motor vehicles (including commercial motor vehicles);

k.  Gross negligence evidencing a willful, wanton or reckless disregard for the safety of others, including the plaintiff as well as the general motoring public; and

l.  Any and all other acts of simple and gross negligence, recklessness and fault as will be shown throughout discovery and at the trial of this matter.

6.

At the time of the collision which is the subject of this lawsuit, Gary Hawkins was acting within the course and scope of his employment with defendant, The Davey Tree Expert Company.

7.

As a result of this aforesaid employment relationship and/or master/servant relationship, defendant, The Davey Tree Expert Company, is vicariously liable for the negligent acts and omissions committed by its employee/agent, Gary Hawkins, as further described herein.

8.

At the time of the collision which is the subject of this lawsuit, Gary Hawkins was operating a commercial vehicle owned, controlled and maintained by The Davey Tree Expert Company.

9.

Further and/or in the alternative, at the time of the aforesaid collision, Gary Hawkins was operating said commercial vehicle under the DOT authority of defendant, The Davey Tree Expert Company.

10.

Further and/or in the alternative, at the time of the aforesaid collision, Gary Hawkins was operating on an errand for, and acting as an agent of The Davey Tree Expert Company.

11.

Based on the foregoing, The Davey Tree Expert Company is vicariously liable for any and all negligent acts and omissions committed by its employee/agent, Gary Hawkins, as further described herein.

12.

As a result of the aforesaid collision, plaintiff suffered injuries and losses for which plaintiff seeks all reasonable past and future damages from the defendant, including, but not limited to physical pain and suffering, medical expenses, disability, any and all mental anguish and emotional distress to the extent allowed by law, loss of the enjoyment of life, loss of wages and/or earning capacity, loss of use, property damage and related expenses, loss of household services, punitive damages to the extent allowed by law (including associated attorney's fees), and all other damages as may be assessed following a trial of this matter.

13.

Plaintiff is entitled to a trial by jury and respectfully requests a trial by jury on all issues raised herein.

WHEREFORE, plaintiff, Jessica Hughes, prays that defendant, The Davey Tree Expert Company, be served with a copy of this Complaint and after being duly summoned to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be trial by jury, individual judgment rendered herein in favor of plaintiff, and against the defendant, for any and all damages, including punitive damages and associated attorney's fees, as

alleged, together with legal interest and for all costs of these proceedings, and for all legal and equitable relief this Honorable Court shall deem appropriate.

**RESPECTFULLY SUBMITTED,** this 21ˢᵗ day of August, 2025.

**SILBERT, PITRE & FRIEDMAN**

_____
DAVID PITRE (MS Bar #99388)
1303 Spring Street
Gulfport, Mississippi 39507
Telephone: (228) 822-2404
Fax: (228) 822-9942
Email: david@spflawyers.com
Lead Counsel for Plaintiff

BREHM T. BELL (MS Bar #8433)
LAW OFFICES OF BREHM T. BELL
544 Main Street
Bay St. Louis, Mississippi 39520
Telephone: (228) 467-0006
Fax: (228) 467-9233
Email: brehm@brehmbell.com
Counsel for Plaintiff