**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JESSICA HUGHES**                                                  **PLAINTIFF**

**VERSUS**                             **CASE NO.: 1:25-cv-00266-TBM-RPM**

**THE DAVEY TREE EXPERT COMPANY**                       **DEFENDANT**

---

**AGREED ORDER DISMISSING PLAINTIFF'S CLAIMS FOR
GROSS NEGLIGENCE AND PUNITIVE DAMAGES, WITH PREJUDICE**

---

BEFORE THE COURT is the Defendant's Motion or Partial Summary Judgment on Plaintiff's Claims for Gross Negligence and Punitive Damages [Doc. 81]. Although the Plaintiff does not concede the Defendant's Statement of Undisputed Material Facts as set forth therein (at least, not all of them), she does not oppose the relief sought and hereby agrees to dismiss her claims for gross negligence and punitive damages, with prejudice. Plaintiff reserves all rights and remaining claims and causes of action alleging the Defendant's simple negligence, as pled in her Complaint [Doc. 1].

It is, therefore, ORDERED AND ADJUDGED, that Plaintiff's claims for gross negligence and punitive damages are hereby dismissed, with prejudice, reserving unto Plaintiff all rights and remaining claims and causes of action alleging the Defendant's simple negligence, as pled in her Complaint [Doc. 1].

SO ORDERED AND ADJUDGED, this 1st day of July, 2026.

TAYLOR B. MCNEEL
UNITED STATES DISTRICT COURT JUDGE

1

<u>AGREED AND APPROVED</u>:


s/*DAVID PITRE*
DAVID PITRE (MS Bar #99388)
SILBERT, PITRE & FRIEDMAN
1303 Spring Street
Gulfport, MS 39507
Telephone: (228) 822-2404
Fax: (228) 822-9942
Email: david@spflawyers.com

*Attorney for Plaintiff, Jessica Hughes*




s/*CAROLINE K. IVANOV*
Caroline K. Ivanov (MS Bar # 104215)
Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone: (601) 965-1900
Fax: (601) 965-1901
Email: civanov@watkinseager.com

Maya Kanaan (Admitted Pro Hac Vice)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 592-5000
Fax: (216) 592-5009
Email: maya.kanaan@tuckerellis.com

*Attorneys for Defendant, The Davey*
*Tree Expert Company*